■ In the Matter of JAVONNE PERRY, Petitioner, v JOHN B. RHEA, as Chairman of the New York City Housing Authority, Respondent. [935 NYS2d 888]

Concur—Gonzalez, P.J., Mazzarelli, Andrias and Sweeny, JJ.